## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

DEREE NORMAN, : No. 107 EAL 2023
:
          Petitioner :
:
           : Petition for Allowance of Appeal
           : from the Order of the
          v. : Commonwealth Court
:
:
CITY OF PHILADELPHIA (OFFICE OF :
OPEN RECORDS), :
:
          Respondent :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 19th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.